SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRAM M. ALDEN (Cal. Bar No. 272858)
Assistant United States Attorney
Criminal Appeals Section
     1000 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3898
     Facsimile: (213) 894-0141
     E-mail:   bram.alden@usdoj.gov

Attorneys for Plaintiff-Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff-Respondent,<br><br>                v.<br><br>CORNELL EUGENE WILSON, JR.,<br><br>           Defendant-Petitioner. | No. CR 00-01025-JFW<br>    CV 15-10025-JFW<br><br>ORDER GRANTING DEFENDANT-PETITIONER'S MOTION TO LIFT THE STAY ON HIS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 AND SETTING BRIEFING SCHEDULE |

   The Court has read and considered the Government's Status Report and Non-Opposition to Defendant-Petitioner's Motion to Lift Stay, filed on March 20, 2017.  The Court hereby grants the Motion to Lift Stay filed by defendant-petitioner Cornell Eugene Wilson, Jr. ("defendant") on March 13, 2017 and enters the below Order setting a briefing schedule regarding the government's motion to dismiss

///

///

defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255.

GOOD CAUSE HAVING BEEN SHOWN, the following briefing schedule is set:

1. The government's motion to dismiss defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 shall be filed on or before April 19, 2017.
2. The defendant's opposition to the the government's motion to dismiss shall be filed on or before May 19, 2017.
3. The government's reply in support of its motion to dismiss shall be filed on or before June 2, 2017.  The hearing for the motion shall be set for June 19, 2017 at 11:00 a.m.

IT IS SO ORDERED.

March 20, 2017
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

BRAM M. ALDEN
Assistant United States Attorney

2